IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| L.P., *ex rel.* Shayne and Michelle Jones <br><br> *Plaintiff,* <br> v. <br><br> WAYNE HALFWAY HOUSE, INC. *et al* <br><br> *Defendants* | Case No. 1:24-cv-00065 |

**Joint Motion for Discovery Dispute Conference**

Comes now the parties, jointly, and moves this Court to set a discovery dispute conference in this matter as required by the <u>Initial Case Management Order</u> (Doc. 29 p. 7). For cause the parties would show that certain issues have arisen related to discovery as outlined within the Joint Discovery Dispute Statement filed simultaneously. Undersigned counsel certifies that the parties have conferred in good faith as required by LR 37.01 and <u>Initial Case Management Order</u> (Doc. 29 p. 7).

Respectfully submitted,

<u>s/ Sarah Mansfield</u>
Wesley Ben Clark, #32611
Frank R. Brazil, #34586
Sarah Mansfield, #39476
BRAZIL CLARK, PLLC
760 East Argyle Avenue
Nashville, TN 37203
615-730-8619
wesley@brazilclark.com
frank@brazilclark.com
sarah@brazilclark.com

1

/s/ Clifton Barnett w/ permission
Amber L. Barker,
Clifton W. Barnett
Office of Tennessee Attorney General
PO Box 20207
Nashville, TN 37202
615-741-6647
Amber.barker@ag.tn.gov
Wade.barnett@ag.tn.gov
*Attorneys for Defendant Christman and McBride*

/s/ Hayley Vos w/ permission
Hayley Vos
Michael T. Schmitt
Ortale Kelly Law Firm
330 Commerce Street
Suite 110
PO Box 198985
Nashville, TN 37201
615-256-9999
615-726-1494(fax)
hvos@ortalekelley.com
mschmitt@ortalekelley.com
*Attorney for Defendants Wayne Halfway House and Crews*

Certificate of Service

A copy of this document was electronically filed and is expected to be served by operation of the Court's electronic filing system and/or email on June 12, 2025 to the following:

Amber L. Barker,
Clifton W. Barnett
Office of Tennessee Attorney General
PO Box 20207
Nashville, TN 37202
615-741-6647
Amber.barker@ag.tn.gov
Wade.barnett@ag.tn.gov

*Attorneys for Defendant Christman and McBride*

Hayley Vos
Michael T. Schmitt
Ortale Kelly Law Firm
330 Commerce Street
Suite 110
PO Box 198985
Nashville, TN 37201
615-256-9999
615-726-1494(fax)
hvos@ortalekelley.com
mschmitt@ortalekelley.com
*Attorney for Defendants Wayne Halfway House and Crews*


*/s/ Sarah Mansfield*