IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| L.P., ex rel. SHAYNE AND MICHELLE JONES, | ) ) ) |
| Plaintiff, | ) ) NO. 1:24-cv-00065 |
| v. | ) ) JUDGE CAMPBELL ) MAGISTRATE JUDGE HOLMES |
| WAYNE HALFWAY HOUSE, INC., et al. | ) ) ) |
| Defendants. | ) ) |

## ORDER

Pursuant to the Joint Stipulation of Dismissal filed by the parties (Doc. No. 50), this case is hereby **DISMISSED WITH PREJUDICE** under Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE